People v Davis (2023 NY Slip Op 05072)

People v Davis

2023 NY Slip Op 05072

Decided on October 6, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 6, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, NOWAK, AND DELCONTE, JJ.

658.1 KA 20-00458

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
KAMEL DAVIS, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

BRIDGET L. FIELD, ROCHESTER, FOR DEFENDANT-APPELLANT. 
MICHAEL D. CALARCO, DISTRICT ATTORNEY, LYONS (CATHERINE A. MENIKOTZ OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Wayne County Court (Richard M. Healy, J.), rendered February 5, 2020. The judgment convicted defendant, upon his plea of guilty, of bail jumping in the second degree. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 20 and September 28, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: October 6, 2023
Ann Dillon Flynn
Clerk of the Court